## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| JUSTIN SEGURA, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF SARAH JOY MARTINEZ, AND AS NEXT FRIEND OF E.S. AND TITO MARTINEZ, <br><br> Plaintiffs, <br><br> v. <br><br> CRUSECITA ADAMS, <br><br> Intervenor, <br><br> vs. <br><br> DBG TRUCKING INC., and LIPENG TIAN, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § Cause No. |

### NOTICE OF REMOVAL UNDER 28 U.S.C. §1441(b) and 28 U.S.C. §1332(a)(1); (C)(1)
### (Diversity of Citizenship)

Defendant Lipeng Tian files this Notice of Removal, removing Cause No. 2023DCV2630 from the 448th Judicial District, El Paso County Texas, to this Court pursuant to *28 U.S.C.§§ 1441(b) and 28 U.S.C. §1332(a)(1)*. The grounds for removal are as follows:

### FACTS

1. Plaintiffs filed their Original Petition in the 448th Judicial District Court. (Original Petition, Appendix A) The Petition was served on Defendant Lipeng Tian through the Texas Transportation Commission under the Texas Civil Practice and Remedies Code, Section 17.061. (Citations and Affidavit of Service, Appendix A; Plaintiff's Original Petition, Appendix A, p. 3) When service is effected on a statutory agent, the removal period begins when the defendant actually receives the process, not when the statutory agent receives process. *See Esquivel v.*

1

*LACarrier,* 578 F.Supp. 3d 841, 845 n. 19 (W.D.Tex. 2022)  Defendant Lipeng Tian actually received process on September 15, 2023.

2.  Plaintiff Justin Segura is an individual residing in, and therefore a resident and citizen of, Texas. (Original Petition, Appendix A, p. 2, ¶ II)

3.  Plaintiff E.S. is an individual residing in, and therefore a resident and citizen of, Texas. (Original Petition, Appendix A, p. 2, ¶ II)

4.  Plaintiff Tito Martinez is an individual residing in, and therefore a resident and citizen of, Nevada. (Original Petition, Appendix A, p. 2, ¶ II)

5.  There is an intervenor/plaintiff in the lawsuit, Crusecita Adams.  Adams is an individual residing in, and therefore a resident and citizen of, New Mexico. (Petition in Intervention, Appendix A, p. 2, ¶ 2.1)

6.  Defendant DBG Trucking, Inc. is a California corporation incorporated under the laws of California with its principal place of business in California. DBG Trucking, Inc. therefore is a resident and citizen of the state of California.

7.  Defendant Lipeng Tian is an individual residing in, and is therefore a resident and citizen of, California.

8.  Plaintiffs and Intervenor each plead for monetary relief of over $1,000,000.00. (Original Petition, Appendix A, p. 1, ¶ I; Petition in Intervention, Appendix A, p. 3, ¶ 3.2)**.**

9. Defendant Lipeng Tian files this Notice of Removal within 30 days after receiving Plaintiffs' initial pleading**.**  Defendant DBG Trucking Inc. agrees to the Removal.

10.  Pursuant to 28 U.S.C. § 1446(a) all process, pleadings and orders filed in the state court action as well as the docket sheet are attached jointly as Appendix A and incorporated herein by reference.

11. This case therefore meets the requirements of *28 U.S.C.§§ 1441(b) and 28 U.S.C. §1332(a)(1)* to establish diversity jurisdiction in this Court.

12. Accordingly, Defendants request that this Notice of Removal be received and filed, that the 448th Judicial District Court of El Paso County, Texas proceed no further, and that this cause be removed to this Court for all further proceedings.

    Respectfully submitted,

    **ROBLES BRACKEN & HUGHES, PLLC**
    *Attorneys for Defendants*
    310 N. Mesa, Suite 700
    El Paso, Texas 79901-1364
    (915) 544-1144 [Office]
    (915) 544-1288 [Facsimile]
    Email: cjessup@rbch.net

By: _____
    CLIFFORD R. JESSUP
    State Bar No. 24074489

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following known counsel of record:

| | |
|---|---|
| **ALEJANDRO ACOSTA, III** <br> TX State Bar No.: 24064789 <br> **JAMES D. TAWNEY** <br> State Bar No. 24060970 <br> 7016 Orizaba Ave. <br> El Paso, Texas 79912 <br> Phone: (915) 308-1000 <br> Facsimile: (915) 300-0283 <br> AAcosta@ftalawfirm.com <br> JTawney@ftalawfirm.com <br> *Attorneys for Plaintiffs* | Francisco Guerra, IV <br> Rebecca C. Page <br> Illiana E. Parker <br> WATTS GUERRA LLP <br> 375 East Ashby Place <br> Suite 1200 <br> San Antonio, Texas 78212 <br> 210-447-0500 <br> 210-447-0501 fx <br> fguerra@wattsguerra.com <br> Attorneys for Intervenor |

_____
Clifford R. Jessup

4