IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JUSTIN SEGURA, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF SARAH JOY MARTINEZ, AND AS NEXT FRIEND OF E.S. AND TITO MARTINEZ,<br>        Plaintiffs,<br><br>v.<br><br>CRUSECITA ADAMS,<br>        Intervenor,<br><br>v.<br><br>DBG TRUCKING INC., and LIPENG TIAN,<br>        Defendants. | §§§§§§§§§§§§§§§§§§ | EP-23-CV-00380-DB |

**<u>ORDER SETTING DEADLINE FOR DISMISSAL DOCUMENTATION</u>**

On January 22, 2025, Plaintiffs Justin Segura, Individually and on behalf of minor child E.S. and the Estate of Sarah Joy Martinez and Tito Martinez, and Intervenor Crusecita Adams ("Plaintiffs") filed their "Notice of Settlement" ("Notice"), with this Court, ECF No. 52. Therein, Plaintiffs notified the Court that "Plaintiffs, Intervenor and Defendants have settled Plaintiff and Intervenor's claims and causes of action against Defendants in this lawsuit" and that "[t]he Parties are currently in the process of preparing a release and stipulation of dismissal." *Id.* at 1. Having considered this Notice, the Court is of the opinion that a deadline should be placed for receipt of dismissal documentation.

**IT IS HEREBY ORDERED** that either Plaintiffs or Defendants SHALL **SUBMIT** to the Court within **SIXTY (60) DAYS** a Stipulation of Dismissal, or the equivalent, or seek leave of court for additional time to finalize settlement agreements.

**SIGNED** this **22nd** day of **January 2025**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**