IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JUSTIN SEGURA INDIVIDUALLY AND ON BEHALF OF MINOR CHILD E.S. AND THE ESTATE OF SARAH JOY MARTINEZ, AND TITO MARTINEZ<br><br>*Plaintiffs,*<br><br>vs.<br><br>CRUSECITA ADAMS<br><br>Intervenor<br><br>vs.<br><br>DGB TRUCKING INC. AND LIPENG TIAN<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § | Case No.: 3:23-CV-00380-DB |

### ORDER APPROVING SETTLEMENT

On this __8__ day of __MAY__, 2025, the above-referenced matter came on for approval by the Court as to the reasonableness of a settlement between the Plaintiffs JUSTIN SEGURA ON BEHALF OF MINOR CHILD E.S. and Defendants DGB TRUCKING INC AND LIPENG TIAN (hereinafter the "Parties") by and through their attorneys of record. A report by the guardian ad litem has been submitted, discussing all aspects of the settlement in detail, and the Court is fully informed of the specifics of the full and final terms and conditions of the settlement. The Court finds that the terms and conditions of this settlement are fair, reasonable, and in the best interest of Plaintiff E.S., a minor.

IT IS THEREFORE ORDERED that the settlement of the above-styled cause is hereby APPROVED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the child will receive approximately $304,241.00 (from $405,000.00) as his net of settlement. The law firm of Tawney, Acosta & Chaparro P.C. will receive $19,758.96 in case expenses and 20% in attorney's fees amounting to $81,000. The portion attributable to the minor shall be placed in a special needs trust under the laws of the State of Nevada and invested with Inspire Trust Company, N.A..

The Court finds and holds that Plaintiffs are legally responsible for any and all past, present, and future liens or claims for payment or reimbursement, including any liens or claims for payment or reimbursement by Medicaid, Medicare, or healthcare providers.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs and Defendants shall file with the Court for the entry of an Order dismissing this action with prejudice with each party to the action bearing its own fees, costs, and expenses. The guardian ad litem shall be allowed a fee of $4,500.00 to be taxed to DGB Trucking Inc and Defendant Lipeng Tian.

SIGNED and ENTERED this __8th__ day of __May__, 2025.

SO ORDERED.

_____
**DAVID BRIONES**
SENIOR UNITED STATES DISTRICT JUDGE