IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JUSTIN SEGURA, ESTATE OF SARAH J. MARTINEZ, and TITO MARTINEZ,<br>　　Plaintiffs,<br>v.<br><br>CRUSECITA ADAMS,<br>　　Intervenor,<br>v.<br><br>LIPENG TIAN and<br>DGB TRUCKING, INC.,<br>　　Defendants. | §§§§§§§§§§§§§§<br><br>EP-23-CV-00380-DB |

## FINAL JUDGMENT

On this day the Court entered an order dismissing all claims in the above-captioned case.

The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the District Clerk for the Western District of Texas **CLOSE** this case.

SIGNED this 13th day of JUNE 2025.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE